STATE v. HARRINGTON

[327 N.C. 466 (1990)]

STATE OF NORTH CAROLINA v. JOHNNIE L. HARRINGTON

No. 46PA90

(Filed 3 October 1990)

ON discretionary review of a unanimous, unpublished opinion of the Court of Appeals reported at 97 N.C. App. 143, 388 S.E.2d 246 (1990), affirming the order of *Bowen, J.*, entered 15 December 1988 in Superior Court, LEE County. Heard in the Supreme Court 5 September 1990.

*Lacy H. Thornburg, Attorney General, by Ellen B. Scouten, Assistant Attorney General, for the State.*

*Pollock, Fullenwider, Cunningham & Patterson, P.A., by Bruce T. Cunningham, Jr., for defendant-appellant.*

PER CURIAM.

We conclude that defendant's petition for discretionary review was improvidently allowed. This judgment is entered without prejudice to defendant's right to refile in the superior court a motion for appropriate relief alleging ineffective assistance of counsel.

Discretionary review improvidently allowed.